**Order entered January 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00893-CV

### REFUGIO GOMEZ, ET AL., Appellants

### V.

### SOL LY, Appellee

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-11-06613-D

## ORDER

Before the Court is appellants' January 20, 2015, motion for final extension of time to file appellants' brief. We **GRANT** appellants' motion and consider its brief received on January 20, 2015, properly before the Court.

/s/    CRAIG STODDART
JUSTICE